Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>STEVEN ALLEN REEDY, JR.,<br><br>                    Defendant. | 1:25-CR-2066-SAB<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of<br>Actual (Pure) Methamphetamine<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>Use of a Firearm in Furtherance of a<br>Drug Trafficking Crime<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924,<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about January 26, 2024, in the Eastern District of Washington, the Defendant, STEVEN ALLEN REEDY, JR., did knowingly and intentionally

INDICTMENT – 1

distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## SERIOUS DRUG FELONY

Before the Defendant, STEVEN ALLEN REEDY, JR., committed the offense charged in Count 1, he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession of a Controlled Substance, Heroin, with Intent to Deliver, in violation of RCW § 69.50.401(1) and (2)(a), in the Superior Court of Washington for Yakima County, Case No. 17-1-01910-39, for which he served a term of imprisonment exceeding 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

## COUNT 2

On or about January 26, 2024, in the Eastern District of Washington, the Defendant, STEVEN ALLEN REEDY, JR., did knowingly carry and use a firearm, that is, a SCCY model CPX-2, 9 millimeter pistol, bearing serial number C226248, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, as alleged in Count 1 of this Indictment, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i).

INDICTMENT – 2

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), as set forth in Count 1 of this Indictment, the Defendant, STEVEN ALLEN REEDY, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as set forth in Count 2 of this Indictment, the Defendant STEVEN ALLEN REEDY, JR., shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:
a.   cannot be located upon the exercise of due diligence;
b.   has been transferred or sold to, or deposited with, a third party;
c.   has been placed beyond the jurisdiction of the court;
d.   has been substantially diminished in value; or
e.   has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

1 | the United States of America shall be entitled to forfeiture of substitute property

2 | pursuant to 21 U.S.C. § 853(p).

4 | DATED this 10 day of June 2025.

A TRUE BILL

_____
Richard R. Barker
Acting United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 4